| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ansell Grimm & Aaron, PC<br>Stacey R. Patterson, Esquire<br>214 Carnegie Center, Suite 112<br>Princeton, New Jersey 08540<br>Phone 609-751-5551<br>srp@ansellgrimm.com<br>Attorney for Creditor, Community Hills Condominium Association, Inc. | |
| In Re:<br><br>KELVIN PAUL NELSON, SR.<br><br>Debtor. | Case No.: __21-16918-VFP__<br>Chapter: __13__<br>Judge: Hon. Vincent Papalia |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Community Hills Condo Assn . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Ansell Grimm & Aaron, PC
Stacey R. Patterson, Esq.
214 Carnegie Center, Suite 112
Princeton, New Jersey 08540
srp@ansellgrimm.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: September 8, 2021

/s/ Stacey R. Patterson
Signature

*new.8/1/15*