UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon
JILL A. MANZO, ESQ.
SPS2286
bankruptcy@fskslaw.com

---

| | |
|---|---|
| In Re:<br><br>KELVIN PAUL NELSON, SR. aka KEVIN NELSON<br><br> Debtor(s). | Case No.:   21-16918 VFP<br><br>Chapter:   13<br><br>Judge:   HONORABLE VINCENT F. PAPALIA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon</u>. This party is a party in interest in this case pursuant to a mortgage dated March 20, 2006 and recorded in the Office of the ESSEX County Clerk/Register on April 10, 2006 in Mortgage Book 11186, Page 758, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                           Counsellors at Law
                           7 Century Drive - Suite 201
                           Parsippany, New Jersey 07054

    DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                 **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                 Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon

Dated: <u>September 10, 2021</u>       By:<u> /S/ JILL A. MANZO   </u>
                                           JILL A. MANZO, ESQ.

Case No.:   21-16918 VFP

Case No.:   21-16918 VFP                              2