Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−16918−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin Paul Nelson Sr.
   aka Kevin Nelson
   63 Martha Court
   Newark, NJ 07103

Social Security No.:
   xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 08/31/2021 and a confirmation hearing on such Plan has been scheduled for 10/21/2021.

The debtor filed a Modified Plan on 11/23/2021 and a confirmation hearing on the Modified Plan is scheduled for 1/6/2022 at 08:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 29, 2021
JAN: sjp

                                                                                                         Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16918-VFP |
| Kelvin Paul Nelson, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 29, 2021 | Form ID: 186 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519313281 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297531 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519297530 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297532 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297558 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297563 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297582 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297584 | + | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |
| 519297596 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297598 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297600 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297601 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519335343 | | Select Portfolio Servicing, Inc., As Servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519297603 | + | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797-9004 |
| 519297604 | + | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519349880 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297608 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297606 | + | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297610 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297612 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297611 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297632 | + | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519297633 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 21-16918-VFP    Doc 24    Filed 12/01/21    Entered 12/02/21 00:18:36    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 5 |
| Date Rcvd: Nov 29, 2021 | | Form ID: 186 | Total Noticed: 79 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: djb@ansellgrimm.com | Nov 29 2021 20:51:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:59:40 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519297529 | + Email/Text: djb@ansellgrimm.com | Nov 29 2021 20:51:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297532 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 29 2021 20:50:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 29 2021 20:50:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:57 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:41 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:50 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:46 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + Email/Text: BKPT@cfna.com | Nov 29 2021 20:50:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + Email/Text: BKPT@cfna.com | Nov 29 2021 20:50:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297565 | + Email/Text: fggbanko@fgny.com | Nov 29 2021 20:50:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297567 | Email/Text: GCSBankruptcy@gcserv.com | Nov 29 2021 20:50:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2021 20:50:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519297570 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519297569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519351588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519297546 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297548 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:59:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519335421 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:59:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:59:44 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297579 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2021 20:59:52 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297576 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2021 20:50:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297585 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2021 20:50:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297586 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2021 20:50:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982, Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:43 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519354989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:59 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519321525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519351156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:52 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519297591 | | Email/Text: signed.order@pfwattorneys.com | Nov 29 2021 20:59:43 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:50:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297598 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2021 20:59:52 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297599 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2021 20:50:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519299241 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:50:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297605 | | Email/Text: bankruptcy@td.com | Nov 29 2021 20:59:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com | Nov 29 2021 20:50:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com | Nov 29 2021 20:50:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| | | | Nov 29 2021 20:50:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 46

District/off: 0312-2   User: admin   Page 4 of 5
Date Rcvd: Nov 29, 2021   Form ID: 186   Total Noticed: 79

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 |  | Chrysler Capital |
| 519297573 |  | JP Morgan Chase Bank, N.A. |
| 519297571 |  | Jefferson Capital Systems, LLC |
| 519297583 |  | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297607 | *+ | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297609 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297622 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297623 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297624 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297625 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297626 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297627 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297628 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297629 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297630 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297631 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297613 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297614 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297615 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297616 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297617 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297618 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297619 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297620 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297621 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297574 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |
| Justin M Gillman | on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey R. Patterson | on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6