**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **8** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Kelvin Paul Nelson, Sr.

Case No.: 21-16918
Judge: Hon. Vincent F. Papalia

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original    ☑ Modified/Notice Required    Date: 08/31/2021
☑ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  __JMG__     Initial Debtor:  __KPN__     Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay __300.00 Monthly__ to the Chapter 13 Trustee, starting on __September 1, 2021__ for approximately __3__ months, and then pay __752.00 Monthly__ to the Chapter 13 Trustee, starting on __December 1, 2021__ for approximately __57__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [✔] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [✔] Loan modification with respect to mortgage encumbering property:
  Description: 63 Martha Court, Newark, NJ 07103
  Proposed date for completion: 3/1/2022

d. [✔] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [✔] Other information that may be important relating to the payment and length of plan:
**Pursuant to 11 U.S.C. §1325(b)(4), Debtors' commitment period is 36 months.**

## Part 2: Adequate Protection          [X] NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Justin M. Gillman, Esq. | Attorney Fees | 5,000.00 At an amount to be determined by application pursuant to D.N.J. LBR 2016-5(c) |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
[✔] None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc (The Bank of New York Mellon)(Claim No. 7-1) | 63 Martha Court Newark, NJ 07103 Essex County | 50,217.83 | 0.00 | 0.00 No Distributions through Plan pending loan modification | 999.48 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

      2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

      Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

      The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Select Portfolio Servicing, Inc (The Bank of New York Mellon)(Claim No. 5-1)** | 63 Martha Court Newark, NJ 07103 Essex County<br><br>**Upon completion of Plan and discharge, secured creditor to release mortgage on Property.** | 12,255.86 |
| **Community Hills Condominium Assoc., Inc.** | 63 Martha Court Newark, NJ 07103 Essex County<br><br>**All liens on Property to be released and discharge upon completion of Plan and discharge.** | 22,038.63<br><br>**In addition, Debtor shall continue post-petition payments to Creditor outside Plan in the current amount of $324.00** |

## Part 5:  Unsecured Claims     ☐ NONE

      a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☐     Not less than $____ to be distributed *pro rata*

      ☐     Not less than ___ percent

      ☑     *Pro Rata* distribution from any remaining funds

      b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **U.S. Department of Education** | Educational | **Outside Plan - No distribution through Plan** | 0.00 |

## Part 6:  Executory Contracts and Unexpired Leases     X NONE

      (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of

4

non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions   ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Bank of America** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-005122-19 | 8,691.00 | 215,000.00 | 21,959.00 | 199,717.06 | 8,691.00 |
| **Barclays Bank Delaware** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-017221-16 | 3,089.00 | 215,000.00 | 21,959.00 | 199,717.06 | 3,089.00 |
| **First Resolution Investment Corp** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-37599-07 | 3,150.00 | 215,000.00 | 21,959.00 | 199,717.06 | 3,150.00 |
| **LVNV Funding LLC** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-3598-16 | 5,525.12 | 215,000.00 | 21,959.00 | 199,717.06 | 5,525.12 |
| **Midland Funding** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-018281-17 DJ-050016-18 | 2,396.00 | 215,000.00 | 21,959.00 | 199,717.06 | 2,396.00 |
| **Midland Funding** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-006990-17 | 2,459.00 | 215,000.00 | 21,959.00 | 199,717.06 | 2,459.00 |
| **Midland Funding** | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-012755-18 | 518.00 | 215,000.00 | 21,959.00 | 199,717.06 | 518.00 |

| Portfolio Recovery | Debtor's Residence 63 Martha Court Newark, NJ 07103 | Judicial Lien DC-007557-10 | 7,241.00 | 215,000.00 | 21,959.00 | 199,717.06 | 7,241.00 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    NONE

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| **NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.** ||
| If this Plan modifies a Plan previously filed in this case, complete the information below. Date of Plan being modified: **08/31/2021**. ||
| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
| **To address claims and objections.** | **Plan increases payments to $752.00 effective December 1, 2021 for 57 months extending Plan to total of 60 months. Modified Plan proposes to pay in full claims of Community Hills Condominium Association Inc. and SPS 2nd mortgage (Claim No. 5-1) through Plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $300.00 per month for 3 months, then $752.00 per month for 57 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **November 18, 2021**         **/s/ Kelvin Paul Nelson, Sr.**
                                     **Kelvin Paul Nelson, Sr.**
                                     Debtor

Date: _____             _____
                                     Joint Debtor

Date  **November 18, 2021**         **/s/ Justin M. Gillman, Esq.**
                                     **Justin M. Gillman, Esq.**
                                     Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16918-VFP |
| Kelvin Paul Nelson, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf901 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519313281 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297531 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519297530 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297532 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297558 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297563 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297582 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297584 | + | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |
| 519297596 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297598 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297600 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297601 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519335343 | | Select Portfolio Servicing, Inc., As Servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519297603 | + | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797-9004 |
| 519297604 | + | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519349880 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297608 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297606 | + | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297610 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297612 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297611 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297632 | + | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519297633 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: djb@ansellgrimm.com | Nov 29 2021 20:51:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:59:40 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519297529 | + Email/Text: djb@ansellgrimm.com | Nov 29 2021 20:51:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297532 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2021 20:50:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 29 2021 20:50:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 29 2021 20:50:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:50 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:50 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2021 20:59:57 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:53 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + Email/Text: BKPT@cfna.com | Nov 29 2021 20:50:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + Email/Text: BKPT@cfna.com | Nov 29 2021 20:50:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297565 | + Email/Text: fggbanko@fgny.com | Nov 29 2021 20:50:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297567 | Email/Text: GCSBankruptcy@gcserv.com | Nov 29 2021 20:50:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2021 20:50:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519297570 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519297569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519351588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519297546 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297548 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:59:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519335421 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:59:41 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:59:45 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297579 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2021 20:59:52 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297576 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2021 20:50:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297585 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2021 20:50:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297586 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2021 20:50:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:59 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519354989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 21:00:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519321525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 20:59:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519351156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2021 21:00:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519297591 | | Email/Text: signed.order@pfwattorneys.com | Nov 29 2021 20:59:43 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2021 20:50:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297598 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2021 20:59:53 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297599 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 29 2021 20:50:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519299241 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:50:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297605 | | Email/Text: bankruptcy@td.com | Nov 29 2021 20:59:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com | Nov 29 2021 20:50:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com | Nov 29 2021 20:50:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| | | | Nov 29 2021 20:50:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 | | Chrysler Capital |
| 519297573 | | JP Morgan Chase Bank, N.A. |
| 519297571 | | Jefferson Capital Systems, LLC |
| 519297583 | | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297607 | *+ | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297609 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297622 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297623 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297624 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297625 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297626 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297627 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297628 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297629 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297630 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297631 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297613 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297614 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297615 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297616 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297617 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297618 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297619 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297620 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297621 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297574 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021               Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |
| Justin M Gillman | on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey R. Patterson | on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6