GILLMAN, BRUTON & CAPONE, LLC
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Kelvin P. Nelson, Sr. | Case No. 21-16918 |
|  | Hearing Date: January 6, 2022 |
| Debtor(s) | Judge: VFP |

<b><u>CERTIFICATION OF CONSENT REGARDING CONSENT ORDER
RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS
CONDOMINIUM ASSOCIATION, INC.</u></b>

I certify that with respect to the Consent Order Resolving the Objection to Confirmation of Community Hills Condominium Association, Inc. submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: <u>December 10, 2021</u>　　　　　　　　　/s/ Justin M. Gillman
　　　　　　　　　　　　　　　　　　　　　　　Justin M. Gillman, Esq.