GILLMAN, BRUTON & CAPONE, LLC
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com
Attorneys for Debtor

Order Filed on December 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Kelvin P. Nelson, Sr. | Case No. 21-16918 |
| | Hearing Date: January 6, 2022 |
| Debtor(s) | Judge: VFP |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.

The relief set forth on the following pages, numbers two (2) through three (3) is hereby ORDERED.

**DATED: December 13, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Kelvin P. Nelson, Sr.
Case No. 21-16918-VFP

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.

THIS MATTER, having come before the Court by Kelvin P. Nelson, Sr. (the "Debtor") Modified Chapter 13 Plan (ECF No. 22); and Community Hills Condominium Association, Inc. (the "Association") having filed an Objection to Confirmation (ECF No. 17); and Debtor, represented by Gillman, Bruton & Capone, LLC, Justin M. Gillman, Esq. appearing, and the Association, represented by Stacey R. Patterson, Esq., Ansell, Grimm & Aaron, appearing; and the parties having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS ORDERED AS FOLLOWS:

1. That the secured Proof of Claim of the Association (Claim No. 2) in the amount of $22,038.63 shall be paid in full through the Plan.

2. That the Debtor shall pay post-petition monthly assessments as they come due going forward to the Association. Debtor acknowledges that the monthly post-petition assessment payment is subject to change.

3. That all liens of the Association on the Debtor's Property shall be released and discharged upon completion of the Plan and Discharge provided all amounts are paid in full pursuant to the Association's secured claim.

4. That the execution of this Consent Order resolves the Objection to Confirmation of the Plan filed by the Association.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

In re: Kelvin P. Nelson, Sr.
Case No. 21-16918-VFP

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF
COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.

CONSENTED TO AS TO FORM, CONTENT AND ENTRY:

| GILLMAN, BRUTON & CAPONE, LLC | ANSELL GRIMM & AARON |
| Attorney for Debtor | Attorney for Creditor |

By: /s/ Justin M. Gillman
    Justin M. Gillman, Esq.

By: /s/ Stacey R. Patterson
    Stacey R. Patterson, Esq.

Dated: 12/10/2021

Dated: 12/10/2021

- 3 -