GILLMAN, BRUTON & CAPONE, LLC
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com
Attorneys for Debtor

**Order Filed on December 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Kelvin P. Nelson, Sr. | Case No. 21-16918 |
|  | Hearing Date: January 6, 2022 |
| Debtor(s) | Judge: VFP |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.

The relief set forth on the following pages, numbers two (2) through three (3) is hereby ORDERED.

**DATED: December 13, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Kelvin P. Nelson, Sr.
Case No. 21-16918-VFP

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.**

THIS MATTER, having come before the Court by Kelvin P. Nelson, Sr. (the "Debtor") Modified Chapter 13 Plan (ECF No. 22); and Community Hills Condominium Association, Inc. (the "Association") having filed an Objection to Confirmation (ECF No. 17); and Debtor, represented by Gillman, Bruton & Capone, LLC, Justin M. Gillman, Esq. appearing, and the Association, represented by Stacey R. Patterson, Esq., Ansell, Grimm & Aaron, appearing; and the parties having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS ORDERED AS FOLLOWS:

1. That the secured Proof of Claim of the Association (Claim No. 2) in the amount of $22,038.63 shall be paid in full through the Plan.

2. That the Debtor shall pay post-petition monthly assessments as they come due going forward to the Association. Debtor acknowledges that the monthly post-petition assessment payment is subject to change.

3. That all liens of the Association on the Debtor's Property shall be released and discharged upon completion of the Plan and Discharge provided all amounts are paid in full pursuant to the Association's secured claim.

4. That the execution of this Consent Order resolves the Objection to Confirmation of the Plan filed by the Association.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

In re: Kelvin P. Nelson, Sr.
Case No. 21-16918-VFP

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF COMMUNITY HILLS CONDOMINIUM ASSOCIATION, INC.

CONSENTED TO AS TO FORM, CONTENT AND ENTRY:

| | |
|---|---|
| GILLMAN, BRUTON & CAPONE, LLC | ANSELL GRIMM & AARON |
| Attorney for Debtor | Attorney for Creditor |
| | |
| By: /s/ Justin M. Gillman | By: /s/ Stacey R. Patterson |
|     Justin M. Gillman, Esq. |     Stacey R. Patterson, Esq. |
| | |
| Dated: 12/10/2021 | Dated: 12/10/2021 |

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-16918-VFP

Kelvin Paul Nelson, Sr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Dec 13, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |
| Justin M Gillman | on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey R. Patterson | on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 13, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6