| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br><br>IN RE:<br><br>   KELVIN PAUL NELSON, SR. | Order Filed on January 7, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  21-16918 VFP<br><br>Hearing Date:  1/6/2022<br><br>Judge:  VINCENT F. PAPALIA<br><br>Debtor is Entitled To Discharge |

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: January 7, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 21-16918 VFP

Caption of Order:    ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 11/23/2021, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2021, the Debtor shall pay the Standing Trustee

    the sum of $300.00 for a period of 3 month(s), and then

    the sum of $752.00 for a period of 57 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification by 3/1/2022 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Pre-Confirmation Certification of Compliance has been filed by the Debtor(s) by 1/20/2022, the instant case will be dismissed without further notice or hearing to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor's student loans are to be paid outside the plan; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, the mortgage arrears are to be paid inside the plan pending completion of Loan Modification; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-16918-VFP

Kelvin Paul Nelson, Sr. Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

**Recip ID        Recipient Name and Address**
db                + Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

**Name        Email Address**

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com

Justin M Gillman
    on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Stacey R. Patterson
    on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com

U.S. Trustee

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 07, 2022 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6