JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837

Re:  KELVIN PAUL NELSON, SR.    Atty:  JUSTIN M. GILLMAN, ESQ.
63 MARTHA COURT                                  770 AMBOY AVENUE
NEWARK,  NJ  07103                                EDISON, NJ  08837

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 21-16918

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $43,764.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/29/2021 | $300.00 | 7978169000 | 10/08/2021 | $300.00 | 8002779000 |
| 11/12/2021 | $300.00 | 8075764000 | 12/10/2021 | $752.00 | 8138261000 |
| 01/10/2022 | $752.00 | 8199836000 | | | |

**Total Receipts: $2,404.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $2,404.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 123.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,426.12 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,089.72 | * | 0.00 | |
| 0009 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CITIBANK/SHELL OIL | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMMUNITY HILLS CONDOMINIUM ASS | SECURED | 22,038.63 | 100.00% | 0.00 | |
| 0022 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FIFTH THIRD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,008.59 | * | 0.00 | |
| 0030 | FIRST RESOLUTION INVESTMENT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | GC SERVICES LIMITED PARTNERSHIP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-16918**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 3,330.52 | * | 0.00 | |
| 0037 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 9,914.99 | * | 0.00 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 5,525.12 | * | 0.00 | |
| 0043 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PIONEER CREDIT RECOVERY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,398.61 | * | 0.00 | |
| 0052 | QSIDE FEDERAL CU | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | RADIUS GLOBAL SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 50,217.83 | 100.00% | 0.00 | |
| 0058 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 13,057.98 | 100.00% | 0.00 | |
| 0060 | SYNERGETIC COMMUNICATIONS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | TIAA BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | WELLS FARGO BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | WYNDHAM VACATION OWNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,870.14 | * | 0.00 | |
| 0081 | TIAA BANK | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $123.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $2,404.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $123.20     =     Funds on Hand: $2,280.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.