Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−16918−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin Paul Nelson Sr.
   aka Kevin Nelson
   63 Martha Court
   Newark, NJ 07103

Social Security No.:
   xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     2/17/22
Time:     02:00 PM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney, \
period: 3/11/2020 to 1/13/2022

COMMISSION OR FEES
$7602.50

EXPENSES
$535.45.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 13, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 21-16918-VFP

Kelvin Paul Nelson, Sr.                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2               User: admin                                    Page 1 of 5
Date Rcvd: Jan 13, 2022         Form ID: 137                                Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519313281 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297530 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297531 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297558 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297582 | + | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297584 | + | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |
| 519297596 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297600 | + | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297601 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519335343 | | Select Portfolio Servicing, Inc., As Servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519297603 | + | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797-9004 |
| 519297604 | + | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519349880 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297608 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297606 | + | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297610 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297632 | + | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519297633 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: djb@ansellgrimm.com | Jan 13 2022 20:46:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie |

Case 21-16918-VFP    Doc 36    Filed 01/15/22    Entered 01/16/22 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 137 | Total Noticed: 80 |

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:02 | Center, Suite 112, Princeton, NJ 08540-6237<br>Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519313281 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2022 20:50:17 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297529 | + | Email/Text: djb@ansellgrimm.com | Jan 13 2022 20:46:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297532 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 20:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 13 2022 20:46:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2022 20:46:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2022 20:46:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:02 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:02 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 13 2022 20:50:09 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:30 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:30 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 21:00:34 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + | Email/Text: BKPT@cfna.com | Jan 13 2022 20:46:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + | Email/Text: BKPT@cfna.com | Jan 13 2022 20:46:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297563 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2022 20:50:18 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 13 2022 20:50:04 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297565 | + | Email/Text: fggbanko@fgny.com | Jan 13 2022 20:46:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297567 | | Email/Text: GCSBankruptcy@gcserv.com | Jan 13 2022 20:46:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 21-16918-VFP    Doc 36    Filed 01/15/22    Entered 01/16/22 00:15:40    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 13, 2022 | Form ID: 137 | Total Noticed: 80 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 13 2022 20:46:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519297570 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 20:46:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519297569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 20:46:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519351588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 20:46:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 20:50:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2022 20:50:16 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519335421 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:13 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:06 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297579 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 20:46:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297576 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 20:46:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297585 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2022 20:46:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297586 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2022 20:46:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:11 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519354989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519321525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:18 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:11 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297591 | | Email/Text: signed.order@pfwattorneys.com | Jan 13 2022 20:46:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:12 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297598 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2022 20:46:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2022 20:46:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519299241 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297605 | | Email/Text: bankruptcy@td.com | Jan 13 2022 20:46:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519297611 | + | Email/Text: EDBKNotices@ecmc.org | Jan 13 2022 20:46:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297612 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 13 2022 20:46:00 | U.S. Department of Education, Ecmc/Bankruptcy, |

Case 21-16918-VFP    Doc 36    Filed 01/15/22    Entered 01/16/22 00:15:40    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 137 | Total Noticed: 80 |

| Recip ID | Bypass Reason | | | Date | Name and Address |
|---|---|---|---|---|---|
| 519454681 | | Email/Text: EDBKNotices@ecmc.org | | Jan 13 2022 20:46:00 | Po Box 16408, Saint Paul, MN 55116-0408<br>US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com | | Jan 13 2022 20:46:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com | | Jan 13 2022 20:46:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 | | Chrysler Capital |
| 519297573 | | JP Morgan Chase Bank, N.A. |
| 519297571 | | Jefferson Capital Systems, LLC |
| 519297583 | | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297607 | *+ | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297609 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297622 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297623 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297624 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297625 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297626 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297627 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297628 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297629 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297630 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297631 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297613 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297614 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297615 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297616 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

| | | |
|---|---|---|
| 519297617 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297618 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297619 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297620 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297621 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297574 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |
| Justin M Gillman | on behalf of Debtor Kelvin Paul Nelson Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stacey R. Patterson | on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6