**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Kelvin Nelson, | Case No. 21-16918 |
| Debtor(s). | Hearing Date: February 17, 2022 |
|  | Judge: Vincent F. Papalia |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: February 23, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

4887-1457-3065, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____7,602.50_____ for services rendered and expenses in the amount of $_____535.45_____ for a total of $_____8,137.95_____. The allowance is payable:

☒ $___5,137.95___ through the Chapter 13 plan as an administrative priority.

☒ $___3,000.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

4887-1457-3065, v. 1