Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16918−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kelvin Paul Nelson Sr.
aka Kevin Nelson
63 Martha Court
Newark, NJ 07103

Social Security No.:
xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/19/22 at 10:00 AM

to consider and act upon the following:

*40* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/27/2022. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*43* − Certification in Opposition to (related document:40 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/27/2022. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg, 42 Motion for Approval to Participate in the Court's Loss Mitigation Program. Filed by Justin M Gillman on behalf of Kelvin Paul Nelson Sr.. Hearing scheduled for 5/19/2022 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Application # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Kelvin Paul Nelson) filed by Justin M Gillman on behalf of Kelvin Paul Nelson Sr.. (Gillman, Justin)

Dated: 4/28/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court