Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16918−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kelvin Paul Nelson Sr.
aka Kevin Nelson
63 Martha Court
Newark, NJ 07103

Social Security No.:
xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:          10/20/22
Time:          02:00 PM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney,
period: 4/26/2022 to 9/23/2022,

COMMISSION OR FEES
$3107.50

EXPENSES
$0.

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 26, 2022
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-16918-VFP
Kelvin Paul Nelson, Sr.,  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 6
Date Rcvd: Sep 26, 2022      Form ID: 137      Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297584 | + | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |
| 519297608 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297606 | + | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297633 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2022 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2022 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: djb@ansellgrimm.com | Sep 26 2022 20:24:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 20:31:40 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519313281 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2022 20:31:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2022 20:31:43 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2022 20:31:43 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297529 | + | Email/Text: djb@ansellgrimm.com | Sep 26 2022 20:24:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297531 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2022 20:23:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519297530 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2022 20:23:00 | Bank of America, 4909 Savarese Circle, |

Case 21-16918-VFP    Doc 53    Filed 09/28/22    Entered 09/29/22 00:14:13    Desc Imaged
                          Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: 137 | Total Noticed: 80 |

| | | | |
|---|---|---|---|
| | | | Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297532 | + Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2022 20:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + Email/Text: BarclaysBankDelaware@tsico.com | Sep 26 2022 20:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 26 2022 20:23:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 26 2022 20:23:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 20:31:33 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 20:31:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 20:31:48 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2022 20:31:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:37 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:37 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:52 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 20:31:37 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + Email/Text: BKPT@cfna.com | Sep 26 2022 20:23:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + Email/Text: BKPT@cfna.com | Sep 26 2022 20:23:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297558 | ^ MEBN | Sep 26 2022 20:22:38 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | ^ MEBN | Sep 26 2022 20:22:50 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + Email/Text: collectionbankruptcies.bancorp@53.com | Sep 26 2022 20:24:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 26 2022 20:24:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297563 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 26 2022 20:31:49 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 26 2022 20:31:34 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297565 | + Email/Text: fggbanko@fgny.com | Sep 26 2022 20:24:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297567 | Email/Text: GCSBankruptcy@gcserv.com | Sep 26 2022 20:23:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2022 20:24:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

Case 21-16918-VFP  Doc 53  Filed 09/28/22  Entered 09/29/22 00:14:13  Desc Imaged
Certificate of Notice  Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: 137 | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name/Address |
|---|---|---|---|---|
| 519297570 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2022 20:24:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 519297569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2022 20:24:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 519351588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2022 20:24:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2022 20:31:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2022 20:31:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519335421 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 20:31:37 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 20:31:43 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297582 | ^ | MEBN | Sep 26 2022 20:23:16 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297579 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 20:24:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297576 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 20:24:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297585 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2022 20:23:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297586 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2022 20:23:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 20:31:50 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 20:31:44 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519354989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 20:31:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519321525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 20:31:35 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 20:31:35 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297591 | | Email/Text: signed.order@pfwattorneys.com | Sep 26 2022 20:23:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297596 | + | Email/Text: ngisupport@radiusgs.com | Sep 26 2022 20:24:00 | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2022 20:31:44 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297603 | | Email/Text: EBN@seliplaw.com | Sep 26 2022 20:24:00 | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797 |
| 519297598 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2022 20:24:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2022 20:24:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297600 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297601 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

Case 21-16918-VFP    Doc 53    Filed 09/28/22    Entered 09/29/22 00:14:13    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: 137 | Total Noticed: 80 |

| Recip ID | Bypass | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519335343 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | Select Portfolio Servicing, Inc., As Servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519299241 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 20:31:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297604 | ^ | MEBN | Sep 26 2022 20:23:29 | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519297605 | | Email/Text: bankruptcy@td.com | Sep 26 2022 20:24:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519349880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 20:24:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297610 | ^ | MEBN | Sep 26 2022 20:23:00 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297611 | + | Email/Text: EDBKNotices@ecmc.org | Sep 26 2022 20:23:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297612 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 26 2022 20:24:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519454681 | | Email/Text: EDBKNotices@ecmc.org | Sep 26 2022 20:23:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com | Sep 26 2022 20:24:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com | Sep 26 2022 20:24:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 519297632 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 26 2022 20:31:52 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 | | Chrysler Capital |
| 519297573 | | JP Morgan Chase Bank, N.A. |
| 519297571 | | Jefferson Capital Systems, LLC |
| 519297583 | | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

|           |      |                                                                                                                                                              |
|-----------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           |      | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502                                                                                  |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+   | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007                                                                       |
| 519297607 | *+   | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147                                                                                |
| 519297609 | *+   | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147                                                                                                  |
| 519297622 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297623 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297624 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297625 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297626 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297627 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297628 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297629 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297630 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297631 | *+   | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609                                                                                         |
| 519297613 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297614 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297615 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297616 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297617 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297618 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297619 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297620 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297621 | *+   | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408                                                                       |
| 519297574 | ##+  | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812                                                                                 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022                              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |
| Justin M Gillman | on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 6 of 6
Date Rcvd: Sep 26, 2022 | Form ID: 137 | Total Noticed: 80

Stacey R. Patterson
    on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6