**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on October 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>    Kelvin Nelson,<br><br>        Debtor(s). | Chapter 13<br><br>Case No. 21-16918<br><br>Hearing Date: October 20, 2022<br><br>Judge:  Vincent F. Papalia |
|---|---|

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 21, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

4872-2474-1940, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____3,107.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____3,107.50_____. The allowance is payable:

- ☒ $ 2,107.50    through the Chapter 13 plan as an administrative priority.
- ☒ $ 1,000.00    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____797.00_____ per month for ___46___ months beginning November 2022 to allow for payment of the above fee.

rev. 8/1/15

4872-2474-1940, v. 1