JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837

Re:  KELVIN PAUL NELSON, SR.    Atty:  JUSTIN M. GILLMAN, ESQ.
     63 MARTHA COURT                    770 AMBOY AVENUE
     NEWARK,  NJ  07103                 EDISON, NJ  08837

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-16918

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $45,834.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/29/2021 | $300.00 | 7978169000 | 10/08/2021 | $300.00 | 8002779000 |
| 11/12/2021 | $300.00 | 8075764000 | 12/10/2021 | $752.00 | 8138261000 |
| 01/10/2022 | $752.00 | 8199836000 | 02/10/2022 | $752.00 | 8269108000 |
| 03/10/2022 | $752.00 | 8332290000 | 04/08/2022 | $752.00 | 8392329000 |
| 05/10/2022 | $752.00 | 8459069000 | 06/10/2022 | $752.00 | 8521387000 |
| 07/08/2022 | $752.00 | 8577591000 | 08/10/2022 | $752.00 | 8640954000 |
| 09/09/2022 | $752.00 | 8699330000 | 10/11/2022 | $752.00 | 8759325000 |
| 11/10/2022 | $752.00 | 8818818000 | 12/09/2022 | $797.00 | 8873522000 |
| 01/10/2023 | $797.00 | 8930783000 | | | |

**Total Receipts: $11,518.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,518.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMMUNITY HILLS CONDOMINIUM ASSOC INC | | | | | | |
| | 06/20/2022 | $8.86 | 892,115 | 07/18/2022 | $187.46 | 893,878 |
| | 08/15/2022 | $187.46 | 895,449 | 09/19/2022 | $187.46 | 897,016 |
| | 10/05/2022 | ($8.86) | 892,115 | 12/12/2022 | $12.49 | 901,877 |
| | 01/09/2023 | $194.62 | 903,369 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/20/2022 | $20.18 | 892,092 | 06/20/2022 | $5.25 | 892,092 |
| | 07/18/2022 | $427.15 | 893,856 | 07/18/2022 | $111.07 | 893,856 |
| | 08/15/2022 | $427.15 | 895,433 | 08/15/2022 | $111.07 | 895,433 |
| | 09/19/2022 | $427.15 | 897,000 | 09/19/2022 | $111.07 | 897,000 |
| | 12/12/2022 | $28.44 | 901,862 | 12/12/2022 | $7.39 | 901,862 |
| | 01/09/2023 | $443.28 | 903,356 | 01/09/2023 | $115.26 | 903,356 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 21-16918**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 515.44 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,245.45 | 100.00% | 7,245.45 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,426.12 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,089.72 | * | 0.00 | |
| 0009 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CITIBANK/SHELL OIL | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMMUNITY HILLS CONDOMINIUM ASS | SECURED | 22,038.63 | 100.00% | 769.49 | |
| 0022 | CREDIT FIRST NATIONAL ASSOCIATION | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FIFTH THIRD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,008.59 | * | 0.00 | |
| 0030 | FIRST RESOLUTION INVESTMENT CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | GC SERVICES LIMITED PARTNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 3,330.52 | * | 0.00 | |
| 0037 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 9,914.99 | * | 0.00 | |
| 0040 | LVNV FUNDING LLC | UNSECURED | 5,525.12 | * | 0.00 | |
| 0043 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PIONEER CREDIT RECOVERY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | PNC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,398.61 | * | 0.00 | |
| 0052 | QSIDE FEDERAL CU | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | RADIUS GLOBAL SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 50,217.83 | 100.00% | 1,773.35 | |
| 0058 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 13,057.98 | 100.00% | 461.11 | |
| 0060 | SYNERGETIC COMMUNICATIONS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | TIAA BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | WELLS FARGO BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | WYNDHAM VACATION OWNERSHIP | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | BAYVIEW FINANCIAL LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,870.14 | * | 0.00 | |
| 0081 | TIAA BANK | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $10,764.84**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $11,518.00   -   Paid to Claims: $3,003.95   -   Admin Costs Paid: $7,760.89   =   Funds on Hand: $753.16

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.