UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664
Attorney for Debtor(s)
By: Justin Gillman, Esq.

In Re:

Kelvin Nelson

| | |
|---|---|
| Case No.: | 21-16918 |
| Chapter: | 13 |
| Adv. No.: | N/A |
| Hearing Date: | 4/6/2023 |
| Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, _____Shannon Haganey_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ____Justin Gillman, Esq.____, who represents ____Debtor____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____March 14, 2023____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Debtor's Modified Chapter 13 Plan and Motions and Notice of Chapter 13 Plan Transmittal, a copy of which is attached hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/14/2023

/s/ Shannon Haganey
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004-1550 | Chapter 13 trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Resolution Investment Corp<br>Attn: Managing Agent/Person Authorized to Accept Service<br>5190 Neil Road, Suite 430<br>Reno, NV 89502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>Attn: Managing Agent/Person Authorized to Accept Service<br>4909 Savarese Circle<br>Tampa, FL 33634 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery<br>Attn: Managing Agent/Person Authorized to Accept Service<br>120 Corporate Blvd<br>Norfolk, VA 23502 | Authorized Agent for Barclays Bank Delaware | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronic Notice<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Resurgent Capital Services<br>Attn: Managing Agent/Person Authorized to Accept Service<br>PO Box 10587<br>Greenville, SC 29603 | Authorized Agent for LVNV Funding LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery<br>Attn: Managing Agent/Person Authorized to Accept Service<br>120 Corporate Blvd<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding<br>Attn: Managing Agent/Person Authorized to Accept Service<br>350 Camino De La Reine  Ste 100<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding<br>Attn: Managing Agent/Person Authorized to Accept Service<br>350 Camino De La Reine  Ste 100<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Funding<br>Attn: Managing Agent/Person Authorized to Accept Service<br>350 Camino De La Reine  Ste 100<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No. 21-16918-VFP |
|---|---|
| Kelvin Nelson | Chapter 13 |
| Debtor(s). | Judge: Hon Vincent F. Papalia, U.S.B.J. |
| | Hearing Date: 04/6/2023 |

## **NOTICE OF CHAPTER 13 PLAN TRANSMITTAL**

The enclosed _____ plan, __√__ modified plan is proposed by the debtor and was filed on February 24, 2023. It has been served on you because the plan contains motions that may adversely affect your interest.

> Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

√\_\_\_\_\_Real Property:

The debtor(s) has valued real property located at 63 Martha Court, Newark, NJ 07103 at $215,000.00. The debtor(s) believes the first lien on the property to be in the approximate amount of $165,422.00 and junior liens in the amounts of $12,255 and $22,038.00. As such, after claiming the debtor's allowed exemption pursuant to 11 U.S.C. § 522(d)(1), the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on an appraisal, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

\_\_\_\_\_Personal Property:

The debtor(s) has valued personal property described as _____
_____ at $_____.

The debtor(s) believes the lien on the property to be in the approximate amount of $_____ [insert other liens as appropriate ]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: _____, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for APRIL 6, 2023.

Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.