Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16918−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin Paul Nelson Sr.
   aka Kevin Nelson
   63 Martha Court
   Newark, NJ 07103

Social Security No.:
   xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       5/18/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney,
period: 10/5/2022 to 4/12/2023

COMMISSION OR FEES
$2043.50

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 18, 2023
JAN:

                                                  Jeanne Naughton
                                                  Clerk

Case 21-16918-VFP    Doc 72    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
Certificate of Notice    Page 2 of 8

United States Bankruptcy Court
District of New Jersey

In re:  
Kelvin Paul Nelson, Sr.  
    Debtor

Case No. 21-16918-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6  
Date Rcvd: Apr 18, 2023     Form ID: 137     Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297584 | + | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009-1012 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |
| 519297633 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: djb@ansellgrimm.com | Apr 18 2023 20:40:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:50 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519313281 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:30 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 20:54:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297529 | + | Email/Text: djb@ansellgrimm.com | Apr 18 2023 20:40:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297531 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 20:38:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519297530 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 20:38:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297532 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 21-16918-VFP    Doc 72    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
                    Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Apr 18, 2023 | Form ID: 137 | Total Noticed: 80 |

| | | | | |
| --- | --- | --- | --- | --- |
| 519297535 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2023 20:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| | | | Apr 18 2023 20:39:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 18 2023 20:38:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 18 2023 20:38:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:33 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:54 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 20:43:21 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:54:22 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:43:43 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:44:04 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 20:44:04 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + | Email/Text: BKPT@cfna.com | Apr 18 2023 20:38:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + | Email/Text: BKPT@cfna.com | Apr 18 2023 20:38:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297558 | ^ | MEBN | Apr 18 2023 20:36:46 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | ^ | MEBN | Apr 18 2023 20:36:03 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 18 2023 20:39:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 18 2023 20:39:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297563 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2023 20:43:59 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2023 20:44:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297565 | + | Email/Text: fggbanko@fgny.com | Apr 18 2023 20:39:00 | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297567 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 18 2023 20:38:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2023 20:39:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519297570 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2023 20:39:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, |

Case 21-16918-VFP    Doc 72    Filed 04/20/23    Entered 04/21/23 00:16:13    Desc Imaged
                           Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Apr 18, 2023 | Form ID: 137 | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Saint Cloud, MN 56303 |
| 519297569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2023 20:39:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 519351588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2023 20:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297546 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2023 20:43:50 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297548 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2023 20:43:21 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519335421 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 20:43:38 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297575 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 20:43:25 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297582 | ^ | MEBN | Apr 18 2023 20:37:20 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297579 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 20:39:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297576 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 20:39:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297585 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 20:39:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297586 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 20:39:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 20:43:59 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 20:43:38 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519354989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 20:43:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519321525 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 20:43:38 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 20:43:59 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297591 | | Email/Text: signed.order@pfwattorneys.com | Apr 18 2023 20:39:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297596 | + | Email/Text: ngisupport@radiusgs.com | Apr 18 2023 20:39:00 | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297597 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 20:43:38 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297603 | | Email/Text: EBN@seliplaw.com | Apr 18 2023 20:39:00 | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797 |
| 519297598 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 20:39:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2023 20:39:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297600 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 20:40:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297601 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 20:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519335343 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 20:40:00 | Select Portfolio Servicing, Inc., As Servicer for, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519299241 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 20:43:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297604 | ^ | MEBN | Apr 18 2023 20:37:55 | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519297605 | | Email/Text: bankruptcy@td.com | Apr 18 2023 20:39:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519349880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2023 20:40:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297606 | ^ | MEBN | Apr 18 2023 20:38:04 | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297608 | ^ | MEBN | Apr 18 2023 20:38:03 | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297610 | ^ | MEBN | Apr 18 2023 20:37:05 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297611 | + | Email/Text: EDBKNotices@ecmc.org | Apr 18 2023 20:38:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297612 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 18 2023 20:39:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519454681 | | Email/Text: EDBKNotices@ecmc.org | Apr 18 2023 20:38:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com | Apr 18 2023 20:39:00 | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com | Apr 18 2023 20:39:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 519297632 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2023 20:43:35 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 72

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 | | Chrysler Capital |
| 519297573 | | JP Morgan Chase Bank, N.A. |
| 519297571 | | Jefferson Capital Systems, LLC |
| 519297583 | | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |

| | | |
|---|---|---|
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519297607 | *+ | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297609 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297622 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297623 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297624 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297625 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297626 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297627 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297628 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297629 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297630 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297631 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297613 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297614 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297615 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297616 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297617 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297618 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297619 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297620 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297621 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297574 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023                                    Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Apr 18, 2023 | Form ID: 137 | Total Noticed: 80 |

Justin M Gillman
    on behalf of Debtor Kelvin Paul Nelson Sr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Stacey R. Patterson
    on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7