| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on July 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    KELVIN PAUL NELSON, SR. | Case No.:  21-16918 VFP<br><br>Hearing Date:  7/20/2023 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 21, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): KELVIN PAUL NELSON, SR.

Case No.: 21-16918

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/20/2023 on notice to JUSTIN M. GILLMAN, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan or a motion to reinstate stay by 7/27/2023 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan or a motion to reinstate stay has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-16918-VFP

Kelvin Paul Nelson, Sr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

**Recip ID    Recipient Name and Address**
db    + Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

**Name    Email Address**

Brian C. Nicholas
    on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jill Manzo
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com

Justin M Gillman
    on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Stacey R. Patterson
    on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7