Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−16918−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kelvin Paul Nelson Sr.
aka Kevin Nelson
63 Martha Court
Newark, NJ 07103

Social Security No.:
xxx−xx−8217

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 1, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-16918-VFP
Kelvin Paul Nelson, Sr.                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                            Page 1 of 6
Date Rcvd: Aug 01, 2023                         Form ID: 148                           Total Noticed: 80

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin Paul Nelson, Sr., 63 Martha Court, Newark, NJ 07103-3389 |
| 519297555 | + | Community Hills Condominium Assoc., Inc., c/o Mem Property Management Corp, 65 Challlanger Road, Ridgefield Park, NJ 07660-2122 |
| 519311411 | + | Community Hills Condominium Association Inc, Ansell Grimm Aaron PC, 214 Carnegie Center Suite 112, Princeton, NJ 08540-6237 |
| 519297564 | + | First Resolution Investment Corp, 5190 Neil Road, Suite 430, Reno, NV 89502-8535 |
| 519297565 | #+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297572 | + | Jeffrey Rooney Mullooly, et al, 6851 Jerrico Tpk 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519297584 | ++ | NAVIENT SOLUTIONS LLC, 13865 SUNRISE VALLEY DR, HERNDON VA 20171-6188 address filed with court:, Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009 |
| 519297595 | + | Qside Federal Cu, 21131 Jamaica Ave, Queens Village, NY 11428-1621 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 01 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 01 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: djb@ansellgrimm.com | Aug 01 2023 20:29:00 | Community Hills Condominium Association Inc., c/o Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| cr | + | EDI: RMSC.COM | Aug 02 2023 00:15:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519313281 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 20:38:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519297525 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 20:38:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297527 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 20:38:13 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297529 | + | Email/Text: djb@ansellgrimm.com | Aug 01 2023 20:29:00 | Ansell Grimm & Aaron, PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 519297531 | + | EDI: BANKAMER.COM | Aug 02 2023 00:15:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519297530 | + | EDI: BANKAMER.COM | | |

Case 21-16918-VFP    Doc 82    Filed 08/03/23    Entered 08/04/23 00:17:18    Desc Imaged
                              Certificate of Notice    Page 3 of 7

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 148 | Total Noticed: 80 |

| | | | |
|---|---|---|---|
| | | Aug 02 2023 00:15:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519297532 | + EDI: TSYS2 | | |
| | | Aug 02 2023 00:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297535 | + EDI: TSYS2 | | |
| | | Aug 02 2023 00:15:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297538 | + EDI: LCIBAYLN | | |
| | | Aug 02 2023 00:15:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297540 | + EDI: LCIBAYLN | | |
| | | Aug 02 2023 00:15:00 | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297543 | + EDI: CAPITALONE.COM | | |
| | | Aug 02 2023 00:15:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297542 | + EDI: CAPITALONE.COM | | |
| | | Aug 02 2023 00:15:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519297545 | + EDI: CAPITALONE.COM | | |
| | | Aug 02 2023 00:15:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 519297544 | + EDI: CAPITALONE.COM | | |
| | | Aug 02 2023 00:15:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519297552 | + EDI: CITICORP.COM | | |
| | | Aug 02 2023 00:15:00 | Citibank/Shell Oil, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297551 | + EDI: CITICORP.COM | | |
| | | Aug 02 2023 00:15:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297554 | + EDI: CITICORP.COM | | |
| | | Aug 02 2023 00:15:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519297553 | + EDI: CITICORP.COM | | |
| | | Aug 02 2023 00:15:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519297557 | + EDI: CRFRSTNA.COM | | |
| | | Aug 02 2023 00:15:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 519297556 | + EDI: CRFRSTNA.COM | | |
| | | Aug 02 2023 00:15:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519297558 | Email/Text: bankruptcycourts@equifax.com | | |
| | | Aug 01 2023 20:28:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519297559 | ^ MEBN | | |
| | | Aug 01 2023 21:15:43 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519297561 | + Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Aug 01 2023 20:29:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519297560 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Aug 01 2023 20:29:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519297563 | + EDI: AMINFOFP.COM | | |
| | | Aug 02 2023 00:15:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519297562 | + EDI: AMINFOFP.COM | | |
| | | Aug 02 2023 00:15:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519297567 | Email/Text: GCSBankruptcy@gcserv.com | | |
| | | Aug 01 2023 20:28:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456 |
| 519297568 | EDI: IRS.COM | | |
| | | Aug 02 2023 00:15:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519297570 | EDI: JEFFERSONCAP.COM | | |
| | | Aug 02 2023 00:15:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, |

Case 21-16918-VFP   Doc 82   Filed 08/03/23   Entered 08/04/23 00:17:18   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 148 | Total Noticed: 80 |

| | | | |
|---|---|---|---|
| | | | Saint Cloud, MN 56303 |
| 519297569 | EDI: JEFFERSONCAP.COM | Aug 02 2023 00:15:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519351588 | EDI: JEFFERSONCAP.COM | Aug 02 2023 00:15:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519297546 | EDI: JPMORGANCHASE | Aug 02 2023 00:15:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519297548 | EDI: JPMORGANCHASE | Aug 02 2023 00:15:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519335421 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 20:38:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519297575 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 20:27:45 | LVNV Funding LLC, P.O. Box 10466, Greenville, SC 29603-0466 |
| 519297582 | ^ MEBN | Aug 01 2023 21:15:43 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519297579 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2023 20:29:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297576 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2023 20:29:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297584 | Email/Text: litigation_team@navient.com | Aug 01 2023 20:29:00 | Pioneer Credit Recovery Inc, 26 Edward Street, Arcade, NY 14009 |
| 519297585 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 01 2023 20:28:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519297586 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 01 2023 20:28:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519297589 | EDI: PRA.COM | Aug 02 2023 00:15:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297587 | EDI: PRA.COM | Aug 02 2023 00:15:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519354989 | EDI: PRA.COM | Aug 02 2023 00:15:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519321525 | EDI: PRA.COM | Aug 02 2023 00:15:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351156 | EDI: PRA.COM | Aug 02 2023 00:15:00 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 519297591 | Email/Text: signed.order@pfwattorneys.com | Aug 01 2023 20:28:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297596 | + Email/Text: ngisupport@radiusgs.com | Aug 01 2023 20:28:00 | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519297597 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 20:38:00 | Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 519297603 | Email/Text: EBN@seliplaw.com | Aug 01 2023 20:28:00 | Selip & Stylianou LLP, 199 Crossways Park Dr, PO Box 9004, Woodbury, NY 11797 |
| 519297598 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 20:29:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519297599 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 01 2023 20:29:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519297600 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 01 2023 20:29:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519297601 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 01 2023 20:29:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, |

Case 21-16918-VFP    Doc 82    Filed 08/03/23    Entered 08/04/23 00:17:18    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 148 | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519335343 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 01 2023 20:29:00 | | Select Portfolio Servicing, Inc., As Servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519299241 | + | EDI: RMSC.COM Aug 02 2023 00:15:00 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519297604 | ^ | MEBN Aug 01 2023 21:15:42 | | Synergetic Communications, INc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519297605 | | EDI: TDBANKNORTH.COM Aug 02 2023 00:15:00 | | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519349880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Aug 01 2023 20:29:00 | | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519297606 | ^ | MEBN Aug 01 2023 21:15:45 | | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297608 | ^ | MEBN Aug 01 2023 21:15:45 | | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297610 | ^ | MEBN Aug 01 2023 21:15:42 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519297611 | + | Email/Text: EDBKNotices@ecmc.org Aug 01 2023 20:28:00 | | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297612 | + | Email/Text: ECMCBKNotices@ecmc.org Aug 01 2023 20:29:00 | | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519454681 | | Email/Text: EDBKNotices@ecmc.org Aug 01 2023 20:28:00 | | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 519297635 | | Email/Text: bankruptcydept@wyn.com Aug 01 2023 20:29:00 | | Wyndham Vacation Ownership, 10750 W Charleston Blvd, Las Vegas, NV 89135 |
| 519297634 | | Email/Text: bankruptcydept@wyn.com Aug 01 2023 20:29:00 | | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 519297632 | + | EDI: WFFC2 Aug 02 2023 00:15:00 | | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519297633 | | EDI: WFFC.COM Aug 02 2023 00:15:00 | | Wells Fargo Bank NA, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 73

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519297550 | | Chrysler Capital |
| 519297573 | | JP Morgan Chase Bank, N.A. |
| 519297571 | | Jefferson Capital Systems, LLC |
| 519297583 | | New Jersey Divison of Revenue |
| 519297526 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519297528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519297533 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297534 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519297536 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297537 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519297539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 519297541 | *+ | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 519297566 | *+ | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519297547 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

Case 21-16918-VFP    Doc 82    Filed 08/03/23    Entered 08/04/23 00:17:18    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 148 | Total Noticed: 80 |

| | | |
|---|---|---|
| 519297549 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519297580 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297581 | *+ | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 519297577 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297578 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 519297590 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519297588 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519297592 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297593 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297594 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519297602 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519297607 | *+ | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297609 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 519297622 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297623 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297624 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297625 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297626 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297627 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297628 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297629 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297630 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297631 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519297613 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297614 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297615 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297616 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297617 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297618 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297619 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297620 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297621 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519297574 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 4 Undeliverable, 42 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Aug 01, 2023 | Form ID: 148 | Total Noticed: 80 |

        on behalf of Creditor The Bank of New York Mellon bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
        on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jill Manzo
        on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for The Bank of New York Mellon bankruptcy@fskslaw.com

Justin M Gillman
        on behalf of Debtor Kelvin Paul Nelson  Sr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Stacey R. Patterson
        on behalf of Creditor Community Hills Condominium Association Inc. srp@ansellgrimm.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7

Case 21-16918-VFP    Doc 82    Filed 08/03/23    Entered 08/04/23 00:17:18    Desc Imaged
Certificate of Notice    Page 7 of 7